**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7754

ROBERT JAMES CASON,

Plaintiff - Appellant,

versus

ALFRED NANCE; JOSEPH P. SACCHET, Warden, MCIH; KEVIN CLARK, Baltimore City Police Commissioner; STEVEN MAYHAN, Officer; WHITE, Officer; WILLIAM DENFORD, Officer; PATRICIA JESSAMY, States Attorney for the City of Baltimore; BRIAN FISH, Assistant States Attorney; MR. YORK, Assistant States Attorney; STANLEY H. NEEDLEMAN, P.A.; GERALDINE SWEENEY; EDWARD SMITH, JR., P.A.; RICHARD RYDELEK; DONNA K. MCCORMICK,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-04-2780-AMD)

Submitted: February 9, 2005      Decided: February 16, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert James Cason, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert James Cason appeals a district court order denying his motion for reconsideration under Rule 60 of the Federal Rules of Civil Procedure.  We have reviewed the record and the district court order and affirm for the reasons stated by the district court.  See Cason v. Nance, No. CA-04-2780-AMD (D. Md. Oct. 20, 2004).  We deny Cason's motion for appointment of counsel.  We also deny his request, made in his supplement, for permission to file in this court a petition for a writ of habeas corpus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED